# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Raytheon Company | ) | ASBCA No. 60194 |
| | ) | |
| Under Contract No. DAAE30-98-C-1032 | ) | |

APPEARANCE FOR THE APPELLANT: Richard C. Johnson, Esq.
        Smith Pachter McWhorter PLC
        Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
        DCMA Chief Trial Attorney
       Srikanti Schaffner, Esq.
        Trial Attorney
        Defense Contract Management Agency
        Carson, CA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 29 August 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60194, Appeal of Raytheon Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals